Quarles & Brady LLP
Firm State Bar No. 00443101
One South Church Avenue, Suite 1700
Tucson, Arizona 85701-1621
Telephone 520.770.8713
Facsimile 520.770.2222
SUSAN.BOSWELL@QUARLES.COM

Susan G. Boswell (AZ Bar #004791)

Attorneys for iStar FM Loans LLC

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RCC SOUTH, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 2:10-bk-23475-SCC<br><br>**NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL AND DEMAND FOR SEQUESTRATION AND ACCOUNTING OF CASH COLLATERAL BY RCC SOUTH, LLC** |

This Notice and Demand is filed by iStar FM Loans LLC ("iStar"), a secured creditor and party-in-interest in the above-captioned Chapter 11 bankruptcy case of RCC SOUTH, LLC (the "Debtor"). This Notice and Demand is filed to: (i) give notice that iStar does not consent to the Debtor's use of iStar's Cash Collateral (as the term is defined below); (ii) demand that the Debtor immediately segregate, sequester, and deposit the Cash Collateral in a separate and non-commingled interest-bearing account pending further proceedings before the Court; and (iii) demand that the Debtor immediately provide an accounting of the Cash Collateral. This Notice and Demand is supported by an "Appendix Of Loan And Security Documents" (the "Appendix"), to be filed as further support for this Notice and Demand.

QB\138887.00002\10944577.1

In conjunction with certain financing provided to the Debtor by iStar's predecessor-in-interest, Fremont Investment and Loan, and that certain Assignment and Assumption of Notes, Mortgages and Other Loan Documents (the "Assignment and Assumption") dated as of June 29, 2007, by Fremont as assignor in favor of iStar as assignee,[1] iStar has a valid, perfected, first priority lien and security interest in substantially all of the real and personal property of the Debtor, including, but not limited to, all collateral related to such real property collateral, further including, but not limited to, all rents, issues, profits, inventory, accounts, equipment, instruments, general intangibles, chattel paper, leases, rents, income, receipts, revenues, issues, profits, and other income of any nature now or hereafter due, and contracts and any proceeds thereof.[2] Certain of the collateral and the proceeds thereof are in the nature of cash or cash equivalents and such assets and the proceeds thereof constitute iStar's cash collateral under 11 U.S.C. § 363 (the "Cash Collateral").

Under 11 U.S.C. § 363(c)(2), the Debtor may not use, sell, or lease the Cash Collateral unless iStar consents or the Court, after notice and hearing, authorizes the Debtor's use of the Cash Collateral in accordance with the applicable provisions of the Bankruptcy Code. The Bankruptcy Code puts the burden on the Debtor to seek permission to use the Cash Collateral and prohibits the Debtor from any use of the Cash Collateral, except as provided under § 363.

In addition, iStar demands that the Debtor: (i) immediately segregate, sequester, and place all Cash Collateral in a separate, non-commingled interest-bearing account, pending further proceedings before the Court; and (ii) provide a full accounting of: (a) all Cash Collateral in the Debtor's custody, possession, or control as of the Petition Date; (b) all Cash Collateral acquired by the Debtor postpetition; and (c) all postpetition transfers of Cash Collateral.

---

[1] A true and correct copy of the Assignment and Assumption will be attached to the Appendix.

[2] *See, e.g.*, Deed of Trust and Fixture Filing, Assignment of Rents (And Leases), Assignment of Project Agreements, UCC-1 Initial Financing Statements, and Amended Financing Statements, will all be attached to the Appendix.

By filing this Notice and Demand, iStar does not waive its rights or shift the burden set forth in 11 U.S.C. § 363. To the extent that the Debtor has used any of the collateral, including any of iStar's Cash Collateral, since the Petition Date, iStar reserves all of its rights and remedies against the Debtor under the documents evidencing iStar's claims and security interest, the Bankruptcy Code, other applicable state and federal law, and in equity.

DATED this 28th day of July, 2010.

>QUARLES & BRADY LLP
>One South Church Avenue, Suite 1700
>Tucson, Arizona 85701
>
>By */s/ Susan G. Boswell*
>    Susan G. Boswell
>
>Attorneys for iStar FM Loans LLC

COPIES of the foregoing sent via electronic or First Class U.S. mail this 28th day of July, 2010, to:

RCC South, LLC
15333 N. Pima Road, Suite 305
Scottsdale, AZ 85260
Debtor

John J. Hebert, Esq.
POLSINELLI SHUGHART, P.C.
3636 N. Central Avenue, Suite 1200
Phoenix, AZ 85012
jhebert@polsinelli.com
Attorneys for Debtor

Elizabeth C. Amorosi, Esq.
United States Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003-1706
elizabeth.c.amorosi@usdoj.gov

*/s/ Kelly Webster*