Peter A. Siddiqui
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5455 (phone)
(312) 577-4628 (fax)
Email: peter.siddiqui@kattenlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RCC SOUTH, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No. 2:10-bk-23475-SCC<br><br>**APPLICATION FOR LIMITED ADMISSION** |

Applicant, Peter A. Siddiqui, hereby applies for leave to appear and participate in this action.

I am a member in good standing of the Bar of the United States District Court for the Northern District of Illinois. I have been retained by iStar FM Loans LC to appear in this Court in this action. I am not a member of the bar of the United States District Court, District of Arizona.

I declare under penalty of perjury that I: 1) do not reside in Arizona; 2) am not regularly employed in Arizona; and (3) I am not regularly engaged in the practice of law in Arizona.

I further declare under penalty of perjury that I have not filed any Application(s) for Limited Admission or Pro Hac Vice Application(s) with this Court.

QB\138887.00002\10947007.1

1 | I hereby designate Susan G. Boswell, an attorney at Quarles & Brady LLP, and a
2 | member of the bar of this Court who maintains offices in this district and who has consented to
3 | this designation, as co-counsel with whom the Court and opposing counsel may communicate
4 | regarding the conduct of the case.

Dated: July 29, 2010

Peter A. Siddiqui (Illinois Bar No. 6278445)
Katten Muchin Rosenman LLP
525 W. Monroe Street
Chicago, IL 60661-3693
(312) 902-5455 (phone)
(312) 577-4628 (fax)
Email: peter.siddiqui@kattenlaw.com

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation as a member of the Bar of the United States District Court for the District of Arizona.

Dated: July 29, 2010

Susan G. Boswell (AZ Bar No. 004791)
QUARLES & BRADY LLP
One South Church Avenue, Suite 1700
Tucson, AZ 85701-1621
(520) 770-8713 (phone)
Email: susan.boswell@quarles.com