# United States Bankruptcy Court
## District of Arizona

In re    __RCC SOUTH, LLC__                             Case No.    __2:10-bk-23475-SSC__

                                        Debtor(s)         Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ALL LIGHTING PRODUCTS, INC. P O BOX 72445 PHOENIX, AZ 85050-2445 | ALL LIGHTING PRODUCTS, INC. P O BOX 72445 PHOENIX, AZ 85050-2445 | | | 97.32 |
| APS P O BOX 2906 PHOENIX, AZ 85072-3290 | APS P O BOX 2906 PHOENIX, AZ 85072-3290 | | | 65,413.37 |
| ARIZONA DEPARTMENT OF REVENUE P O BOX 29010 PHOENIX, AZ 85038-9010 | ARIZONA DEPARTMENT OF REVENUE P O BOX 29010 PHOENIX, AZ 85038-9010 | | | 2,281.31 |
| CARETAKERS BUILDING MAINTENANCE 5730 S. 32ND ST. PHOENIX, AZ 85040 | CARETAKERS BUILDING MAINTENANCE 5730 S. 32ND ST. PHOENIX, AZ 85040 | | | 2,159.28 |
| CITY OF SCOTTSDALE TPT P O BOX 1949 SCOTTSDALE, AZ 85252-1949 | CITY OF SCOTTSDALE TPT P O BOX 1949 SCOTTSDALE, AZ 85252-1949 | | | 7,528.30 |
| CLIMATEC BUILDING TECHNOLOGIES 2851 W. KATHLEEN RD. PHOENIX, AZ 85053 | CLIMATEC BUILDING TECHNOLOGIES 2851 W. KATHLEEN RD. PHOENIX, AZ 85053 | | | 1,748.50 |
| RAINTREE OWNER'S ASSOCIATION 15333 N. PIMA RD. SUITE 305 SCOTTSDALE, AZ 85260 | RAINTREE OWNER'S ASSOCIATION 15333 N. PIMA RD. SUITE 305 SCOTTSDALE, AZ 85260 | | | 1,344.50 |
| SUNSTATE SWEEPING P O BOX 18301 PHOENIX, AZ 85005-8301 | SUNSTATE SWEEPING P O BOX 18301 PHOENIX, AZ 85005-8301 | | | 380.00 |
| UNIVERSAL PROTECTION SERVICE 1551 N. TUSTIN AVE. SUITE 650 SANTA ANA, CA 92705 | UNIVERSAL PROTECTION SERVICE 1551 N. TUSTIN AVE. SUITE 650 SANTA ANA, CA 92705 | | | 4,332.33 |

In re   <u>RCC SOUTH, LLC</u>                 Case No.   <u>2:10-bk-23475-SSC</u>

                      Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   <u>July 29, 2010</u>        Signature                          
                                         David V. Cavan

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.