John J. Hebert (#010633)
Philip R. Rudd (#014026)
Wesley D. Ray (#026351)
**POLSINELLI SHUGHART PC**
3636 North Central Avenue, Suite 1200
Phoenix, AZ 85012
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-mail: PhoenixBankruptcyECF@polsinelli.com
E-Mail: jhebert@polsinelli.com
E-Mail: prudd@polsinelli.com
E-Mail: wray@polsinelli.com

*Attorneys for Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>RCC SOUTH, LLC<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:10-BK-23475-SCC<br><br>**MOTION FOR EXTENSION OF TIME TO FILE BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS** |

RCC South, LLC debtor and debtor-in-possession (the "Debtor"), by and through its attorneys, Polsinelli Shughart PC, hereby requests this Court to enter an Order extending the time by which the Debtor must file its Statement of Financial Affairs and Schedules ("Statements and Schedules") required by § 521(a)(1)(B) of the United States Bankruptcy Code (the "Code"). The Debtor hereby requests a ten-day extension of the deadline by which it must file its Statement and Schedules through August 20, 2010.

This Motion is supported by the Memorandum of Points and Authorities set forth below and the entire record before the Court in this Chapter 11 Case.

## MEMORANDUM OF POINTS AND AUTHORITIES

**I.    FACTUAL BACKGROUND**

1. On July 27, 2010, Debtor filed a voluntary petition for relief under Chapter 11 of the Code.

1

2. Debtor is operating its business and managing its assets as a debtor-in-possession in accordance with 11 U.S.C. §§ 1107 and 1108.

3. Debtor is an Arizona limited liability company engaged in the business of owning and leasing commercial business property in the State of Arizona.

4. This bankruptcy was filed on extremely short notice in response to actions taken by iStar FM Loans LLC (the "Lender").

5. While Debtor has begun to prepare its Statements and Schedules, it is apparent that, as a purely practical matter, Debtor will require additional time to complete and file them with the Court. The details of its operations and transactions are of critical importance to the Court and allowing Debtor the time necessary to properly prepare the Statements and Schedules will be in the best interests of creditors who will be able to understand the full nature of Debtor's financial affairs and where their interests lie with respect to the Debtor and this bankruptcy estate.

## II. LEGAL DISCUSSION

Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Rules") sets forth the requirements for filing bankruptcy statements and schedules. Pursuant to that Rule, a debtor must file its statements and schedules within 14 days of the filing of its bankruptcy petition. Debtor filed its petition on July 27, 2010. This means that, without the relief requested herein, Debtor would have to file its Statements and Schedules no later than August 10, 2010.

This Court has the authority to extend the time for filing statements and schedules upon showing of cause. *See* Rules 1007(c) and 9006(b). In the present case, as set forth above, cause to grant Debtor an extension exists. This case was filed on extremely short notice in the fact of actions being taken by the Lender. Also, Debtor must focus much of its time and effort on the transition of the company into the bankruptcy and its operations therein, including preparation of a cash collateral budget and motion to use cash collateral.

Debtor, with the assistance of its professionals, anticipates it will be ready to file its Statements and Schedules by August 20, 2010. This will afford the U.S. Trustee and other interested parties time to review Debtor's Statements and Schedules before the first meeting of creditors pursuant to § 341 of the Code, and currently scheduled for August 31, 2010. The relief

requested in this case is in the best interests of the Estate and is not prejudicial to the rights of any interested parties.

For all the reasons set forth above, Debtor hereby respectfully requests this Court enter an Order:

A. Granting the Debtor an extension of time to file its Statements and Schedules up to and including August 20, 2010.

B. Granting Debtor such other relief as this Court deems just and proper.

DATED: August 10, 2010.

                          POLSINELLI SHUGHART PC

By: _____
John J. Hebert
Philip R. Rudd
Wesley D. Ray
Security Title Plaza
3636 N. Central Ave., Suite 1200
Phoenix, AZ 85012

*Attorneys for Debtors*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on August 10, 2010, to:

U.S. TRUSTEE'S OFFICE
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003

Susan G. Bowell * susan.boswell@quarles.com
QUARLES & BRADY LLP
One South Church Ave., Suite 1700
Tucson, AZ 85701-1621
    *Attorneys for iStar FM Loans LLC*

Peter A. Siddiqui * peter.siddiqui@kattenlaw.com
KATEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
    *Attorneys for iStar FM Loans LLC*

By: _____*/s/ Mary Engel*_____