EXHIBIT A




**LOCATION**  Northeast corner of Loop 101 (Pima Freeway) & Raintree Drive in Scottsdale, AZ

### PHASE III
8800 East Raintree Drive
167,300 SF 3-Story Building
Space Available Now

### PHASE IV
8888 East Raintree Drive
176,994 SF 3-Story Building
Space Available Now

- Parking: 5:1,000 - Multi-Level Parking Garage
- Flex Space and Professional Suites available to accommodate various sizes of tenant space needs
- Class "A" Office Campus
- Excellent Access and Visibility from Loop 101
  - Freeway Exit
  - 90th Street Access
  - Frontage Road Access
  - Raintree Drive Access
- Top-end Finishes and Fixtures
- Minutes from Area Amenities such as:
  - Championship Golf Courses
  - Resorts
  - Renowned Shopping Centers
  - 4-Star Restaurants
  - Mayo Hospital & Mayo Clinic
  - West World






**FOR MORE INFORMATION:**
Debbie Mitten
480-627-7000 x105
480-747-9414
dmitten@cavan.net

# RAINTREE CORPORATE CENTER

**CAVAN®**
*Real Estate Investments*

CAVAN REALTY, INC.
15333 N Pima Rd, Ste 305 Scottsdale, AZ 85260
Phone 480.627.7000 Fax 480.627.7008
www.cavan.net

The property and other information contained within this document has been obtained from sources believed to be reliable; however, Cavan Realty, Inc. has not verified such information and makes no guarantee, warranty or representation as to the accuracy of such information. It is the responsibility of the buyer or prospective buyer to independently confirm the accuracy and completeness of such information prior to any reliance thereon, or the lease or purchase of the property.