# United States Bankruptcy Court

## District of Arizona

In re     **RCC SOUTH, LLC**                                                          ,

Debtor

Case No.   **2:10-bk-23475-SSC**

Chapter                    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 2,163,549.31 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 68,623,984.72 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,958.35 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 605,204.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 4 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| | | Total Assets | 2,163,549.31 | | |
| | | | Total Liabilities | 69,233,147.35 | |

.

In re  **RCC SOUTH, LLC**                                    ,     Case No.  **2:10-bk-23475-SSC**
_____
Debtor

# SCHEDULE A - REAL PROPERTY

   Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

   **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

   If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **RCC South, LLC**<br>**Buildings locations:**<br>**8800 and 8888 East Raintree Drive**<br>**Scottsdale, AZ 85260** | | **-** | **Unknown** | **68,507,872.31** |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

.

In re   **RCC SOUTH, LLC**                                ,      Case No.  **2:10-bk-23475-SSC**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase Bank checking account**<br>**4922 E. Bell Road**<br>**Scottsdale, AZ 85254** | - | **274,202.44** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Retainer held by Fennemore Craig for Pre-petition legal services** | - | **25,000.00** |
| | | **Retainer held by Larson Allen LLP for Pre-petition accounting services** | - | **25,000.00** |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **324,202.44**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

In re    **RCC SOUTH, LLC**                                  ,      Case No.   **2:10-bk-23475-SSC**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable See Schedule B-16** | **-** | **52,452.46** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **52,452.46**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

In re   **RCC SOUTH, LLC**                                         ,      Case No.   **2:10-bk-23475-SSC**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | See rent rolls attached hereto as Schedule B-24 | - | 0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Net Book Value of FF&E See Attached Exhibit B-28 | - | 1,786,894.41 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **1,786,894.41**
(Total of this page)

Total >    **2,163,549.31**

Sheet   **2**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

**RCC South LLC**
**Accounts Receivable**

| Vendor / Tenant | Amount |
|---|---:|
| Cornelius Korte Shum, LLC | 13.31 |
| Moss Adams LLP | 32.97 |
| Dr. Shelly Friedman, D.O. | 1,108.44 |
| Lomsdalen Wealth Management | 1,040.87 |
| Metlife, N.A. | 123.16 |
| Naturally Chiropractic | 356.08 |
| Strategic Asset Conservation | 54.14 |
| UMB Bank | 233.86 |
| Cavan Management Company | 47,000.00 |
| Hypercom Corporation | 2,309.91 |
| Laser Spine Surgery Center | 179.72 |
| **Total Rent Receivable** | **52,452.46** |

**SCHEDULE B-16**

| Unit | Tenant Name | Commencement Date | Expiry Date | Rentable Sq Ft | % of Property | Current Rate | Base Rent | CAM | Parking | ROFR |
|------|-------------|-------------------|-------------|----------------|---------------|--------------|-----------|-----|---------|------|
| 100 | UMB Bank | 04-01-2007 | 07-31-2014 | 5,082 | 3.02 | 33.50 | 14,187.25 | 533.61 | 675.00 | |
| 110 | Great American Title Agency | 05-01-2009 | 09-30-2014 | 3,134 | 1.86 | | | 250.72 | | |
| 115 | Dew Wealth | 01-15-2007 | 04-30-2012 | 2,176 | 1.29 | 30.50 | 5,530.66 | 228.48 | 270.00 | |
| | Security Title Agency, Inc. | 12-01-2006 | 12-31-2012 | 2,134 | 1.27 | 23.00 | 4,090.16 | 224.07 | 275.00 | |
| | VACANT | | | 1,883 | 1.12 | | | | | |
| | Psychiatric & Psychological | 08-01-2009 | 11-30-2014 | 1,561 | .93 | 22.00 | 2,861.83 | | | |
| | VACANT | | | 1,631 | .97 | | | | | |
| | VACANT | | | 3,252 | 1.93 | | | | | |
| | Lending Specialists, LLC | 04-01-2009 | 07-31-2012 | 2,184 | 1.30 | | | | 160.00 | |
| | United Automobile Insurance Gr | 05-01-2007 | 07-31-2012 | 9,082 | 5.40 | 27.17 | 20,566.21 | 467.15 | 1,170.00 | |
| | Lomsdalen Wealth Management | 06-01-2009 | 09-30-2012 | 1,730 | 1.03 | 21.00 | 3,027.50 | | 100.00 | |
| 160 | Desert Gold Exchange, LLC | 10-01-2009 | 12-31-2012 | 1,767 | 1.05 | 21.00 | 3,092.25 | | | |
| 165 | Spinsix Strategic Marketing | 11-01-2008 | 02-28-2014 | 6,605 | 3.93 | 12.50 | 6,880.21 | 528.40 | 780.00 | |
| 170 | The PM Group | 02-01-2009 | 04-30-2014 | 2,119 | 1.26 | 28.50 | 5,032.62 | | 195.00 | |
| 175 | Naturally Chiropractic | 05-01-2007 | 06-30-2012 | 1,886 | 1.12 | 15.00 | 2,357.50 | | 100.00 | |

Property: RC3     Page: 1     08-18-10  1:39 pm

**SCHEDULE B-24**

# RCC South, LLC Bldg III

RENT ROLL
Period Ending 7-27-2010

**SCHEDULE B-24**

| Unit | Tenant Name | Commencement Date | Expiry Date | Rentable Sq Ft | % of Property | Current Rate | Base Rent | CAM | Parking | ROFR |
|------|-------------|-------------------|-------------|----------------|---------------|--------------|-----------|-----|---------|------|
| 180 | VACANT | | | 0 | .00 | | | | | |
| 185 | VACANT | | | 1,886 | 1.12 | | | | | |
| | VACANT | | | 4,545 | 2.70 | | | | | |
| | Remington Financial Group, INC | 03-01-2010 | 07-31-2013 | 5,235 | 3.11 | | | | | |
| | Moss Adams LLP | 05-01-2007 | 04-30-2014 | 14,928 | 8.88 | 29.50 | 36,698.00 | 1,567.44 | | X |
| | Strategic Asset Conservation | 09-01-2008 | 11-30-2012 | 1,996 | 1.19 | 25.00 | 4,158.33 | | 120.00 | |
| | Stephen Bull | 07-01-2008 | 10-31-2013 | 1,942 | 1.16 | 33.50 | 5,421.00 | | 40.00 | |
| | Cornelius Korte Shum, LLC | 11-01-2008 | 10-31-2013 | 1,886 | 1.12 | 22.33 | 3,509.53 | 150.88 | 245.00 | |
| | Phoenix Newspapers, Inc. | 04-23-2007 | 11-22-2014 | 17,192 | 10.23 | 28.50 | 40,831.00 | 1,805.16 | 2,300.00 | |
| | Moss Adams LLP | 03-01-2008 | 04-30-2014 | 5,171 | 3.08 | 29.50 | 12,712.05 | 542.96 | 2,160.00 | |
| | Williams Financial Group | 01-01-2010 | 05-31-2013 | 3,790 | 2.26 | 23.00 | 7,264.16 | | 280.00 | |
| 300 | MetLife, N.A. | 05-01-2010 | 04-30-2017 | 12,195 | 7.26 | 11.00 | 11,178.00 | | | |
| 305 | VACANT | | | 33,122 | 19.71 | | | | | |
| 330 | Countrywide Home | 02-15-2008 | 12-31-2013 | 11,644 | 6.93 | 30.00 | 29,110.00 | | 815.00 | |
| 350 | Dr. Shelly Friedman, D.O. | 07-15-2007 | 07-14-2016 | 5,066 | 3.01 | 14.21 | 6,000.00 | 230.39 | | |

Property: RC3     Page: 2     08-18-10  1:39 pm

# RCC South, LLC Bldg III
RENT ROLL
Period Ending 7-27-2010

| Unit | Tenant Name | Commencement Date | Expiry Date | Rentable Sq Ft | % of Property | Current Rate | Base Rent | CAM | Parking | ROFR |
|------|-------------|-------------------|-------------|----------------|---------------|--------------|-----------|-----|---------|------|
| 355 | Metropolitan Insurance, Inc | 08-01-2010 | 04-30-2015 | 1,243 | .74 | | | | | |
| roof | Sparkplug | 01-01-2007 | 12-31-2011 | 0 | .00 | | | | | |
| | | | | | | Totals: | 224,508.26 | 6,529.26 | 9,685.00 | |

------ Property Totals ------

| ------ Monthly ------ Charges | ------ Annual ------ Charges | $/SF |
|---|---|---|
| 224,508.26 | 3,152,318.32 | 25.89 |

| | |
|---|---|
| Occupied Area: | 121,748 |
| Vacant Area: | 46,319 |
| Total Area: | 168,067 |
| Total # of Units: | 32 |
| Percentage Occupied: | 72.44 % |

## SCHEDULE B-24

# RCC South, LLC Bldg IV
RENT ROLL
Period Ending 7-27-2010

| Unit | Tenant Name | Commencement Date | Expiry Date | Rentable Sq.Ft. | % of Property | Current Rate | Base Rent | CAM | Parking | ROFR |
|------|-------------|-------------------|-------------|-----------------|---------------|--------------|-----------|-----|---------|------|
| 100 | VACANT | | | 15,359 | 8.69 | | | | | |
| 150 | Fitness Institute of AZ | 06-23-2008 | 09-30-2013 | 5,000 | 2.83 | 13.00 | 5,416.67 | 250.00 | | |
| | Laser Spine Surgery Center | 01-01-2009 | 01-04-2019 | 27,124 | 15.34 | 28.25 | 63,854.00 | | 2,840.00 | |
| | VACANT | | | 8,218 | 4.65 | | | | | |
| | VACANT | | | 50,682 | 28.66 | | | | | |
| | Nova Financial & Investment | 02-01-2010 | 02-01-2010 | 7,582 | 4.29 | 26.00 | 16,427.66 | | | |
| | Hypercom Corporation | 06-23-2008 | 03-31-2019 | 48,650 | 27.51 | 28.00 | 113,516.67 | | 2,680.00 | |
| | VACANT | | | 14,208 | 8.04 | | | | | |
| | | | | | | Totals: | 199,215.00 | 250.00 | 5,520.00 | |

------------------ Property Totals ------------------

| ----- Monthly ----- | ------ Annual ------ | |
|---------------------|----------------------|---------|
| Charges | Charges | $/SF |
| 199,215.00 | 2,524,106.38 | 28.57 |

| Occupied Area: | 88,356 |
|----------------|--------|
| Vacant Area: | 88,467 |
| Total Area: | 176,823 |

| Total # of Units: | 8 |
|-------------------|---|
| Percentage Occupied: | 49.97 % |

**SCHEDULE B-24**

# FURNITURE FIXTURES and EQUIPMENT

## Building III

| Description | | Basis | Current Accumulative Depreciation | Net Book Value |
|---|---|---|---|---|
| FF&E for building | | 2,095,864.89 | 1,072,883.21 | 1,022,981.68 |
| FF&E for Building | | 3,547.16 | 1,773.58 | 1,773.58 |
| FF&E for building | | 15,268.92 | 7,452.70 | 7,816.22 |
| FF&E for building | | 16,178.26 | 7,703.93 | 8,474.33 |
| FF&E for building | | 3,744.23 | 1,738.38 | 2,005.85 |
| FF&E for Building | | 5,109.22 | 2,311.31 | 2,797.91 |
| FF&E for Building | | 4,644.28 | 2,045.70 | 2,598.58 |
| F & F | | 687.73 | 286.56 | 401.17 |
| F & F for September | | 6,660.72 | 2,695.99 | 3,964.73 |
| F&F - October 2007 | | 42.16 | 16.55 | 25.61 |
| F & F for December | | 918.20 | 338.85 | 579.35 |
| Restrooms Furniture & Fixtures | | 1,009.34 | 252.33 | 757.01 |
| Furniture & Fixtures | | 3,180.85 | 795.22 | 2,385.63 |
| Light Fixtures Restroom | | 3,597.19 | 685.17 | 2,912.02 |
| Door Installation | | 2,993.00 | 178.15 | 2,814.85 |
| Office Furniture - Sonoran Pacific | | 7,200.00 | - | 7,200.00 |
| Security Computer Equipment | | 1,474.32 | 982.88 | 491.44 |
| | Totals: | 2,172,120.47 | 1,102,140.51 | 1,069,979.96 |

## Building IV

| Description | | Basis | Current Accumulative Depreciation | Net Book Value |
|---|---|---|---|---|
| Furniture & Fixtures | | 1,095,630.11 | 391,296.47 | 704,333.64 |
| Restrooms Furniture & Fixtures | | 6,644.00 | 1,660.99 | 4,983.01 |
| Furniture & Fixtures | | 9,475.15 | 2,368.78 | 7,106.37 |
| Security Computer Equipment | | 1,474.31 | 982.88 | 491.43 |
| | Totals: | 1,113,223.57 | 396,309.12 | 716,914.45 |
| | | | | |
| Building III Totals: | | 2,172,120.47 | 1,102,140.51 | 1,069,979.96 |
| Building IV Totals: | | 1,113,223.57 | 396,309.12 | 716,914.45 |
| **Totals:** | | **3,285,344.04** | **1,498,449.63** | **1,786,894.41** |

## SCHEDULE B-28

In re   **RCC SOUTH, LLC**                   ,     Case No.   **2:10-bk-23475-SSC**

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Retainer for professional services | | | | | |
| FENNEMORE CRAIG 3003 N. CENTRAL AVENUE SUITE 2600 PHOENIX, AZ 85012-2913 | | - | | | | | | |
| | | | Value $      **25,000.00** | | | | 2,600.00 | 0.00 |
| Account No. | | | RCC South, LLC Buildings locations: 8800 and 8888 East Raintree Drive Scottsdale, AZ 85260 | | | | | |
| ISTAR FM LOANS LLC 2727 E. IMPERIAL HIGHWAY BREA, CA 92821 | X | - | | | | | | |
| | | | Value $      **Unknown** | | | | 68,507,872.31 | Unknown |
| Account No. | | | Retainer for professional services | | | | | |
| LARSON ALLEN 1201 S. ALMA SCHOOL ROAD SUITE 14000 MESA, AZ 85210 | | - | | | | | | |
| | | | Value $      **25,000.00** | | | | 2,940.00 | 0.00 |
| Account No. | | | Real Estate Taxes | | | | | |
| MARICOPA COUNTY TREASURER 301 WEST JEFFERSON SUITE 100 PHOENIX, AZ 85003 | | - | RCC South, LLC Building Locations: 8800 and 888 East Raintree Drive Scottsdale, AZ 85260 | | | | | |
| | | | Value $      **Unknown** | | | | 103,372.41 | Unknown |

  **1**  continuation sheets attached

                               Subtotal                 **68,616,784.72**         **0.00**

                    (Total of this page)

In re **RCC SOUTH, LLC**
                                            ,                    Case No. __2:10-bk-23475-SSC__
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | **Sale of personal property - furniture** | | | | | |
| **SONORAN PACIFIC RESOURCES LLP** **4385 N. 75TH STREET** **SUITE 201** **SCOTTSDALE, AZ 85251** | - | | | | | | | |
| | | | Value $          **7,200.00** | | | | 7,200.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 7,200.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 68,623,984.72 | 0.00 |

.

In re     **RCC SOUTH, LLC**                                Case No.   **2:10-bk-23475-SSC**
,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

     A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

     The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

     Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

     Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

     Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

     Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

     Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

     Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

     Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

     Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

     Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

     Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

     Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

     Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

___1___    continuation sheets attached

In re     **RCC SOUTH, LLC**                                              ,      Case No.    **2:10-bk-23475-SSC**
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | *Notice Only* | | | | | |
| ARIZONA DEPARTMENT OF REVENUE P O BOX 29010 PHOENIX, AZ 85038-9010 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| CITY OF SCOTTSDALE TPT P O BOX 1949 SCOTTSDAL, AZ 85252-1949 | - | | | | | X | 3,958.35 | 0.00 / 3,958.35 |
| Account No. | | | *Notice Only* | | | | | |
| INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS P O BOX 21126 PHILADELPHIA, PA 19114-0326 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | *Notice Only* | | | | | |
| INTERNAL REVENUE SERVICE OGDEN, UT 84201 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | *Notice Only* | | | | | |
| INTERNAL REVENUE SERVICE 4041 N. CENTRAL AVE., SUITE 112 M/S 5014 PHX PHOENIX, AZ 85012-3335 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 3,958.35 | 3,958.35 |
| Total | 0.00 | |
| (Report on Summary of Schedules) | 3,958.35 | 3,958.35 |

B6F (Official Form 6F) (12/07)

In re     **RCC SOUTH, LLC**                                                        ,     Case No.   **2:10-bk-23475-SSC**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ALL LIGHTING PRODUCTS, INC.**<br>**P O BOX 72445**<br>**PHOENIX, AZ 85050-2445** | | - | | | | | 97.32 |
| Account No. <br><br>**AZ REPUBLIC/PHOENIX NEWSPAPERS**<br>**8800 E. RAINTREE**<br>**SUITE 250**<br>**SCOTTSDALE, AZ 85260** | | | Tenant Security Deposit<br>Bldg. 3 Suite 250 | | | | 43,696.33 |
| Account No. <br><br>**CARETAKERS BUILDING MAINTENANCE**<br>**5730 S. 32ND ST.**<br>**PHOENIX, AZ 85040** | | - | | | | | 14,290.21 |
| Account No. <br><br>**CAVAN MANAGEMENT COMPANY**<br>**15333 N. PIMA RD.**<br>**SUITE 305**<br>**SCOTTSDALE, AZ 85260** | | - | | | | | 4,837.37 |

__5__  continuation sheets attached

Subtotal (Total of this page)     62,921.23

In re **RCC SOUTH, LLC** , Case No. **2:10-bk-23475-SSC**

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| CLIMATEC BUILDING TECHNOLOGIES GROUP 2851 W. KATHLEEN ROAD PHOENIX, AZ 85053 | - | | | | | | | 1,748.50 |
| Account No. | | | | Tenant Security Deposit Bldg. 3 Suite 240 | | | | |
| CORNELIUS KORTE SHUM, LLC 8800 E. RAINTREE DR. SUITE 240 SCOTTSDALE, AZ 85260 | - | | | | | | | 10,805.50 |
| Account No. | | | | Tenant Security Deposit Bldg. 3 Suite 330 | | | | |
| COUNTRYWIDE HOME 8800 E. RAINTREE DR. SUITE 330 SCOTTSDALE, AZ 85260 | - | | | | | | | 50,000.00 |
| Account No. | | | | Tenant Security Deposit Bldg. 3 Suite 160 | | | | |
| DESERT GOLD EXCHANGE 8800 E. RAINTREE DR. SUITE 160 SCOTTSDALE, AZ 85260 | - | | | | | | | 3,309.14 |
| Account No. | | | | Tenant Security Deposit Bldg. 3 Suite 115 | | | | |
| DEW WEALTH 8800 E. RAINTREE DR. SUITE 115 SCOTTSDALE, AZ 85260 | - | | | | | | | 6,165.34 |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**72,028.48**

In re **RCC SOUTH, LLC** , Case No. **2:10-bk-23475-SSC**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Tenant Security Deposit Bldg. 3 Suite 350 | | | | |
| DR. SHELLY FRIEDMAN, D.O. 8800 E. RAINTREE DR. SUITE 350 SCOTTSDALE, AZ 85260 | | | | | | | | 1,669.95 |
| Account No. | | - | | | | | | |
| LASER SPINE INSTITUTE 8888 E. RAINTREE DR. SUITE 165 SCOTTSDALE, AZ 85260 | | | | | | | | 357,300.00 |
| Account No. | | - | | Tenant Security Deposit Bldg. 3 Suite 145 | | | | |
| LENDING SPECIALISTS 8800 E. RAINTREE DR. SUITE 145 SCOTTSDALE, AZ 85260 | | | | | | | | 4,833.70 |
| Account No. | | - | | Tenant Security Deposit Bldg. 3 Suite 155 | | | | |
| LOMSDALEN WEALTH MANAGEMENT 8800 E. RAINTREE DR. SUITE 155 SCOTTSDALE, AZ 85260 | | | | | | | | 5,937.34 |
| Account No. | | - | | Tenant Security Deposit Bldg. 3 Suite 210 | | | | |
| MOSS ADAMS LLP 8800 E. RAINTREE DR. SUITES 210 & 280 SCOTTSDALE, AZ 85260 | | | | | | | | 38,564.00 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **408,304.99**

In re   **RCC SOUTH, LLC**                              ,     Case No.  **2:10-bk-23475-SSC**

                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Tenant Security Deposit Bldg. 3 Suite 250 | | | | |
| NOVA FINANCIAL & INVESTMENT 8888 E. RAINTREE DR. SUITE 250 SCOTTSDALE, AZ 85260 | - | | | | | | | 18,071.69 |
| Account No. | | | | Tenant Security Deposit Bldg. 3 Suite 130 | | | | |
| PSYCHIATRIC & PSYCHOLOGICAL 8800 E. RAINTREE DR. SUITE 130 SCOTTSDALE, AZ 85260 | - | | | | | | | 6,183.82 |
| Account No. | | | | | | | | |
| RAINTREE OWNER'S ASSOCIATION 15333 N. PIMA RD. SUITE 305 SCOTTSDALE, AZ 85260 | - | | | | | | | 1,344.50 |
| Account No. | | | | vending machine profits Building 3 | | | | |
| RCC NORTH, LLC - BLDG. 1 15333 N. PIMA RD SUITE 305 SCOTTSDALE, AZ 85260 | - | | | | | | | 22.03 |
| Account No. | | | | Vending machine profits Building 3 | | | | |
| RCC NORTH, LLC - BLDG. 2 15333 N. PIMA RD. SUITE 305 SCOTTSDALE, AZ 85260 | - | | | | | | | 54.98 |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **25,677.02**

In re   **RCC SOUTH, LLC**                                 ,     Case No.   **2:10-bk-23475-SSC**

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Tenant Security Deposit Bldg. 3 Suite 200 | | | | |
| REMINGTON FINANCIAL GROUP, INC. 8800 E. RAINTREE DR. SUITE 200 SCOTTSDALE, AZ 85260 | - | | | | | | 10,249.47 |
| Account No. | | | Tenant Security Deposit Bldg. 3 Suite 230 | | | | |
| STEPHEN D. BULL 8800 E. RAINTREE SUITE 230 SCOTTSDALE, AZ 85260 | - | | | | | | 5,790.00 |
| Account No. | | | Tenant Security Deposit Bldg. 3 Suite 220 | | | | |
| STRATEGIC ASSET CONSERVATION 8800 E. RAINTREE DR. SUITE 220 SCOTTSDALE, AZ 85260 | - | | | | | | 5,691.97 |
| Account No. | | | | | | | |
| SUNSTATE SWEEPING P O BOX 18301 PHOENIX, AZ 85005 | - | | | | | | 380.00 |
| Account No. | | | Tenant Security Deposit Bldg. 3 Suite 170 | | | | |
| THE PM GROUP 8800 E. RAINTREE DR. SUITE 170 SCOTTSDALE, AZ 85260 | - | | | | | | 8,385.79 |

Sheet no.  **4**  of  **5**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **30,497.23**

In re **RCC SOUTH, LLC** , Case No. **2:10-bk-23475-SSC**
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UNIVERSAL PROTECTION SERVICE**<br>**1551 N. TUSTIN AVE.**<br>**SUITE 650**<br>**SANTA ANA, CA 92705** | - | | | | | | | **5,775.33** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **5,775.33** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **605,204.28** |

.

In re    **RCC SOUTH, LLC**                             Case No.   **2:10-bk-23475-SSC**

                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| CARETAKERS BUILDING MAINTENANCE<br>5730 S. 32ND ST.<br>PHOENIX, AZ 85040 | Executory contract |
| CLIMATES BUILDING TECHNOLOGIES GROUP<br>2851 W. KATHLEEN ROAD<br>PHOENIX, AZ 85053 | Executory contract |
| CORNELIUS KORTE SHUM, LLC<br>8800 E. RAINTREE DR.<br>SUITE 240<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| COUNTRYWIDE HOME<br>8800 E. RAINTREE DR.<br>SUITE 330<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| DESERT GOLD EXCHANGE<br>8800 E. RAINTREE DR.<br>SUITE 160<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| DEW WEALTH<br>8800 E. RAINTREE DR.<br>SUITE 115<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| DR. SHELLY FRIEDMAN, D.O.<br>8800 E. RAINTREE DR.<br>SUITE 350<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| GREAT AMERICAN TITLE AGENCY<br>8800 E. RAINTREE DR.<br>SUITE 110<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| HIGHLAND FINANCIAL CONSULTING LLC<br>15849 N. 71ST STREET<br>SUITE 100<br>SCOTTSDALE, AZ 85254 | Consulting Agreement |
| HYPERCOM CORPORATION<br>8888 E. RAINTREE DR.<br>SUITE 300<br>SCOTTSDALE, AZ 85260 | Tenant Lease |

**3**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| LASER SPINE SURGERY CENTER<br>8888 E. RAINTREE DR.<br>SUITE 165<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| LENDING SPECIALISTS<br>8800 E. RAINTREE DR.<br>SUITE 145<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| LOMSDALEN WEALTH MANAGEMENT<br>8800 E. RAINTREE DR.<br>SUITE 155<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| METLIFE, N.A.<br>8800 E. RAINTREE DR.<br>SUITE 300<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| METROPOLITAN INSURANCE, INC.<br>8800 E. RAINTREE DR.<br>SUITE 355<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| MOSS ADAMS LLP<br>8800 E. RAINTREE DR.<br>SUITES 210 & 280<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| NATURALLY CHIROPRACTIC<br>8800 E. RAINTREE DR.<br>SUITE 175<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| NOVA FINANCIAL & INVESTMENT<br>8888 E. RAINTREE DR.<br>SUITE 250<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| PHOENIX NEWSPAPERS, INC.<br>8800 E. RAINTREE DR.<br>SUITE 250<br>SCOTTSDALE, AZ 85260 | Tenant lease |
| PSYCHIATRIC & PSYCHOLOGICAL<br>8800 E. RAINTREE DR.<br>SUITE 130<br>SCOTTSDALE, AZ 85260 | Tenant lease |

Sheet  **1**  of  **3**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **RCC SOUTH, LLC**                                   Case No.   **2:10-bk-23475-SSC**

,                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **REMINGTON FINANCIAL GROUP, INC.**<br>**8800 E. RAINTREE DR.**<br>**SUITE 200**<br>**SCOTTSDALE, AZ 85260** | **Tenant lease** |
| **SECURITY TITLE AGENCY, INC.**<br>**8800 E. RAINTREE DR.**<br>**SUITE 120**<br>**SCOTTSDALE, AZ 85260** | **Tenant lease** |
| **SPARKPLUG SOUTHWEST LLC**<br>**D/B/A TELESPECTRA LLC**<br>**11305 AUROR AVENUE**<br>**DES MOINES, IA 50322** | **Rooftop lease** |
| **SPINSIX STRATEGIC MARKETING**<br>**8800 E. RAINTREE DR.**<br>**SUITE 165**<br>**SCOTTSDALE, AZ 85260** | **Tenant lease** |
| **STEPHEN BULL**<br>**8800 E. RAINTREE DR.**<br>**SUITE 230**<br>**SCOTTSDALE, AZ 85260** | **Tenant lease** |
| **STRATEGIC ASSET CONSERVATION**<br>**8800 E. RAINTREE DR.**<br>**SUITE 220**<br>**SCOTTSDALE, AZ 85260** | **Tenant lease** |
| **SUNSTATE SWEEPING**<br>**P O BOX 18301**<br>**PHOENIX, AZ 85005** | **Executory contract** |
| **THE FITNESS INSTITUTE**<br>**8888 E. RAINTREE DR.**<br>**SUITE 150**<br>**SCOTTSDALE, AZ 85260** | **Tenant lease** |
| **THE PM GROUP**<br>**8800 E. RAINTREE DR.**<br>**SUITE 170**<br>**SCOTTSDALE, AZ 85260** | **Tenant lease** |
| **THOMSON REUTERS**<br>**7500 N. DOBSON RD.**<br>**SUTIE 300**<br>**SCOTTSDALE, AZ 85256** | **Executory contract** |
| **UMB BANK**<br>**8800 E. RAINTREE DR.**<br>**SUITE 100**<br>**SCOTTSDALE, AZ 85260** | **Tenant Lease** |

Sheet  **2**  of  **3**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **RCC SOUTH, LLC**                                                                Case No.   **2:10-bk-23475-SSC**
_____ ,
                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **UNITED AUTOMOBILE INSURANCE GROUP**<br>**8800 E. RAINTREE DR.**<br>**SUITE 150**<br>**SCOTTSDALE, AZ 85260** | **Tenant lease** |
| **UNIVERSAL PROTECTION SERVICE**<br>**1551 N. TUSTIN AVE.**<br>**SUITE 650**<br>**SANTA ANA, CA 92705** | **Executory contract** |
| **WILLIAMS FINANCIAL GROUP**<br>**8800 E. RAINTREE DR.**<br>**SUITE 290**<br>**SCOTTSDALE, AZ 85260** | **Tenant lease** |

Sheet   **3**   of   **3**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **RCC SOUTH, LLC**                                    ,        Case No.   **2:10-bk-23475-SSC**

Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **CAVAN MANAGEMENT SERVICES, LLC**<br>**15333 NORTH PIMA ROAD**<br>**SUITE 305**<br>**SCOTTSDALE, AZ 85260** | **ISTAR FM LOANS LLC**<br>**2727 E. IMPERIAL HIGHWAY**<br>**BREA, CA 92821** |

**0**
___ continuation sheets attached to Schedule of Codebtors

# United States Bankruptcy Court
## District of Arizona

In re   **RCC SOUTH, LLC**                                               Case No.   **2:10-bk-23475-SSC**

                                                Debtor(s)                      Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the   of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **21**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 20, 2010**                           Signature     **/s/ David V. Cavan**

                                                                            **David V. Cavan**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re __RCC SOUTH, LLC__                            Case No. __2:10-bk-23475-SSC__

                                         Debtor(s)               Chapter    __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$3,063,297.82** | **1/1/2010 - 7/27/2010 - rents and lease cancellations** |
| **$4,103,483.88** | **2009 - rents and lease cancellations** |
| **$2,650,631.34** | **2008 - rents and lease cancellations** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$44,152.02** | **1/1/2010 - 7/27/2010 - interest and other** |
| **$176,353.63** | **2009 - interest and other** |
| **$35,001.15** | **2008 - interest and other** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*]. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See SoFA 3-B** | | **$1,584,970.40** | **$99,814.63** |

None ☐

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See SoFA 3-C** | | **$1,575,097.95** | **$4,837.37** |

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**Payments aggregating More than $5,000 within 90 days**

**Bank: RC3OP - Raintree Corp. Center III**

| Check | Date | Description | Cleared | |
|-------|------|-------------|---------|---|
| 1195 | 05-05-2010 | Arizona Public Service Co | 20,164.95 | |
| 1217 | 05-24-2010 | Arizona Public Service Co | 30,969.31 | |
| 1262 | 06-28-2010 | Arizona Public Service Co | 28,534.34 | |
| | | **Arizona Public Service Co Total** | **79,668.60** | |
| 1197 | 05-05-2010 | Caretakers Bldg Maintenance | 8,457.12 | |
| 1220 | 05-24-2010 | Caretakers Bldg Maintenance | 8,927.42 | |
| 1264 | 06-28-2010 | Caretakers Bldg Maintenance | 8,515.20 | |
| | | **Caretakers Bldg Maintenance Total** | **25,899.74** | |
| txr | 04-28-2010 | Cavan Management Company | 12,500.00 | |
| txr | 04-28-2010 | Cavan Management Company | 7,500.00 | |
| 1200 | 05-05-2010 | Cavan Management Company | 31,359.60 | |
| 1214 | 05-20-2010 | Cavan Management Company | 5,835.05 | (1) |
| txr | 05-20-2010 | Cavan Management Company | 24,500.00 | |
| 1221 | 05-24-2010 | Cavan Management Company | 547.03 | |
| 1238 | 06-10-2010 | Cavan Management Company | 12,500.00 | |
| 1255 | 06-15-2010 | Cavan Management Company | 6,629.14 | |
| 1256 | 06-15-2010 | Cavan Management Company | 5,200.00 | |
| txr | 06-28-2010 | Cavan Management Company | 12,500.00 | |
| 1277 | 07-01-2010 | Cavan Management Company | 12,500.00 | |
| 1278 | 07-01-2010 | Cavan Management Company | 12,720.27 | |
| txr | 07-01-2010 | Cavan Management Company | 12,500.00 | |
| 1279 | 07-07-2010 | Cavan Management Company | 5,835.05 | (1) |
| txr | 07-07-2010 | Cavan Management Company | 11,000.00 | |
| txr | 07-07-2010 | Cavan Management Company | 23,500.00 | (1) |
| txr | 07-07-2010 | Cavan Management Company | 23,500.00 | (1) |
| 1283 | 07-13-2010 | Cavan Management Company | 44.72 | |
| txr | 07-22-2010 | Cavan Management Company | 70,500.00 | (1) |
| | | **Cavan Management Company Total** | **291,170.86** | |
| 1216 | 05-24-2010 | City of Scottsdale TPT | 4,262.70 | |
| 1258 | 06-22-2010 | City of Scottsdale TPT | 3,726.92 | |
| 1295 | 07-20-2010 | City of Scottsdale TPT | 4,092.65 | |
| | | **City of Scottsdale TPT Total** | **12,082.27** | |
| 1213 | 05-10-2010 | iStar FM Loans LLC | 224,389.67 | |
| | | **iStar FM Loans LLC Total** | **224,389.67** | |
| 1206 | 05-05-2010 | Maximum Quality Landscape, LLC | 4,049.70 | |
| 1244 | 06-10-2010 | Maximum Quality Landscape, LLC | 2,191.77 | |
| 1267 | 06-28-2010 | Maximum Quality Landscape, LLC | 5,500.58 | |
| 1287 | 07-13-2010 | Maximum Quality Landscape, LLC | 1,949.85 | |
| | | **Maximum Quality Landscape, LLC Total** | **13,691.90** | |
| 1253 | 06-10-2010 | Stevens Leinweber Construction | 177,585.60 | |
| 1254 | 06-10-2010 | Stevens Leinweber Construction | 17,837.40 | |
| 1259 | 06-22-2010 | Stevens Leinweber Construction | 33,222.00 | |
| 1260 | 06-22-2010 | Stevens Leinweber Construction | 3,435.00 | |
| 1271 | 06-28-2010 | Stevens Leinweber Construction | 369.00 | |
| | | **Stevens Leinweber Construction Total** | **232,449.00** | |
| 1296 | 07-27-2010 | The Mahoney Group-Phoenix | 58,500.00 | |
| | | **The Mahoney Group-Phoenix Total** | **58,500.00** | |

(1) During July 2010, Debtor prepaid management fees to Cavan Management Company, LLC ("CMC"), the Debtor's Manager, to pre-pay certain costs required to be paid under the terms of Debtor's Operating Agreement. These costs include asset management fees, property management fees, engineering costs and insurance premiums. The fees were for the months of September 2010 through January 2011, inclusive.

**SoFA 3-B**

| | | | |
|---|---|---|---:|
| 1211 | 05-05-2010 | Universal Protection Service | 4,274.27 |
| 1228 | 05-24-2010 | Universal Protection Service | 738.92 |
| 1251 | 06-10-2010 | Universal Protection Service | 2,827.56 |
| 1274 | 06-28-2010 | Universal Protection Service | 1,492.95 |
| 1292 | 07-13-2010 | Universal Protection Service | 1,347.00 |
| | | **Universal Protection Service Total** | **10,680.70** |
| 1229 | 05-24-2010 | VIP Window Cleaning, LLC | 5,014.00 |
| | | **VIP Window Cleaning, LLC Total** | **5,014.00** |
| | | **Total Building III** | **953,546.74** |

## Payments aggregating More than $5,000 within 90 days

**Bank: RC4OP - Raintree Corp Center IV - Op**

| Check | Date | Description | Amount | |
|-------|------|-------------|--------|---|
| 1755 | 05-05-2010 | Arizona Public Service Co | 26,907.06 | |
| 1776 | 05-24-2010 | Arizona Public Service Co | 27,790.36 | |
| 1812 | 06-28-2010 | Arizona Public Service Co | 37,830.72 | |
| | | **Arizona Public Service Co Total** | **92,528.14** | |
| 1757 | 05-05-2010 | Caretakers Bldg Maintenance | 5,117.14 | |
| 1779 | 05-24-2010 | Caretakers Bldg Maintenance | 5,483.65 | |
| 1814 | 06-28-2010 | Caretakers Bldg Maintenance | 4,787.71 | |
| | | **Caretakers Bldg Maintenance Total** | **15,388.50** | |
| txr | 04-28-2010 | Cavan Management Company | 12,500.00 | |
| txr | 04-28-2010 | Cavan Management Company | 7,500.00 | |
| 1760 | 05-05-2010 | Cavan Management Company | 29,692.71 | |
| 1772 | 05-20-2010 | Cavan Management Company | 5,856.48 | (1) |
| txr | 05-20-2010 | Cavan Management Company | 24,500.00 | |
| 1780 | 05-24-2010 | Cavan Management Company | 447.02 | |
| 1793 | 06-10-2010 | Cavan Management Company | 12,500.00 | |
| 1807 | 06-15-2010 | Cavan Management Company | 6,239.94 | |
| 1808 | 06-15-2010 | Cavan Management Company | 4,810.00 | |
| txr | 06-28-2010 | Cavan Management Company | 12,500.00 | |
| 1826 | 07-01-2010 | Cavan Management Company | 12,500.00 | |
| 1827 | 07-01-2010 | Cavan Management Company | 11,314.66 | |
| txr | 07-01-2010 | Cavan Management Company | 12,500.00 | |
| 1828 | 07-07-2010 | Cavan Management Company | 5,856.48 | (1) |
| txr | 07-07-2010 | Cavan Management Company | 11,000.00 | |
| txr | 07-07-2010 | Cavan Management Company | 23,500.00 | (1) |
| txr | 07-07-2010 | Cavan Management Company | 23,500.00 | (1) |
| 1834 | 07-13-2010 | Cavan Management Company | 56.01 | |
| txr | 07-22-2010 | Cavan Management Company | 70,500.00 | (1) |
| | | **Cavan Management Company Total** | **287,273.30** | |
| 1774 | 05-24-2010 | City of Scottsdale TPT | 3,171.85 | |
| 1810 | 06-22-2010 | City of Scottsdale TPT | 3,424.69 | |
| 1844 | 07-20-2010 | City of Scottsdale TPT | 3,435.65 | |
| | | **City of Scottsdale TPT Total** | **10,032.19** | |
| 1846 | 07-22-2010 | Fennemore Craig, Inc. | 25,000.00 | |
| | | **Fennemore Craig, Inc. Total** | **25,000.00** | |
| 1845 | 07-22-2010 | Highland Financial Consulting | 35,000.00 | |
| | | **Highland Financial Consulting Total** | **35,000.00** | |
| 1847 | 07-22-2010 | Larson Allen | 25,000.00 | |
| | | **Larson Allen Total** | **25,000.00** | |
| 1796 | 06-10-2010 | Master Stone Care, LLC | 5,684.00 | |
| | | **Master Stone Care, LLC Total** | **5,684.00** | |
| 1765 | 05-05-2010 | Maximum Quality Landscape, LLC | 3,829.28 | |
| 1797 | 06-10-2010 | Maximum Quality Landscape, LLC | 2,224.72 | |
| 1817 | 06-28-2010 | Maximum Quality Landscape, LLC | 5,530.42 | |
| 1838 | 07-13-2010 | Maximum Quality Landscape, LLC | 1,914.64 | |
| | | **Maximum Quality Landscape, LLC Total** | **13,499.06** | |

(1) During July 2010, Debtor prepaid management fees to Cavan Management Company, LLC ("CMC"), the Debtor's Manager, to pre-pay certain costs required to be paid under the terms of Debtor's Operating Agreement. These costs include asset management fees, property management fees, engineering costs and insurance premiums. The fees were for the months of September 2010 through January 2011, inclusive.

**SoFA 3-B**

| | | | |
|---|---|---|---:|
| 1801 | 06-10-2010 | RCC South, LLC - Bldg III | 5,571.84 |
| | | **RCC South, LLC - Bldg III Total** | **5,571.84** |
| Wire | 07-21-2010 | Polsinelli Shughart | 100,000.00 |
| | | **Polsinelli Shughart** | **100,000.00** |
| 1769 | 05-05-2010 | Universal Protection Service | 4,448.73 |
| 1785 | 05-24-2010 | Universal Protection Service | 769.08 |
| 1804 | 06-10-2010 | Universal Protection Service | 2,942.96 |
| 1822 | 06-28-2010 | Universal Protection Service | 1,553.88 |
| 1841 | 07-13-2010 | Universal Protection Service | 1,401.98 |
| | | **Universal Protection Service Total** | **11,116.63** |
| 1786 | 05-24-2010 | VIP Window Cleaning, LLC | 5,330.00 |
| | | **VIP Window Cleaning, LLC Total** | **5,330.00** |
| | | **Total Building IV** | **631,423.66** |

**GRAND TOTAL BUILDING III & IV:**                    **$1,584,970.40**

**Payments made within 1 year insider creditors**

Date Range:    7-27-09 thru 7-27-10
Bank:          RC3 - Raintree Corp Center III - OP

| **Date** | **Type** | **Deposit ID** | **Description** | **Amount** | |
|---|---|---|---|---|---|
| 10-12-2009 | Chk | 1003 | Cavan Management Company | 17,402.88 | |
| 10-15-2009 | Chk | 1021 | Cavan Management Company | 3,285.89 | |
| 10-26-2009 | Chk | 1026 | Cavan Management Company | 7,669.52 | |
| 11-11-2009 | Chk | 1038 | Cavan Management Company | 12,518.43 | |
| 11-24-2009 | Chk | 1052 | Cavan Management Company | 10,729.19 | |
| 12-09-2009 | Chk | 1061 | Cavan Management Company | 20,155.51 | |
| 12-15-2009 | Chk | 1073 | Cavan Management Company | 2,870.00 | |
| 01-04-2010 | Chk | 1087 | Cavan Management Company | 20,417.45 | |
| 01-04-2010 | Chk | 1088 | Cavan Management Company | 2,695.00 | |
| 02-03-2010 | Chk | 1126 | Cavan Management Company | 12,512.86 | |
| 02-11-2010 | Chk | 1133 | Cavan Management Company | 11,867.59 | |
| 02-24-2010 | Chk | 1145 | Cavan Management Company | 9,784.73 | |
| 03-04-2010 | Chk | 1152 | Cavan Management Company | 25,029.34 | |
| 03-09-2010 | Chk | 1156 | Cavan Management Company | 5,005.00 | |
| 04-07-2010 | Chk | 1183 | Cavan Management Company | 31,110.52 | |
| 04-28-2010 | Txr | | Cavan Management Company | 12,500.00 | |
| 04-28-2010 | Txr | | Cavan Management Company | 7,500.00 | |
| 05-05-2010 | Chk | 1200 | Cavan Management Company | 31,359.60 | |
| 05-20-2010 | Chk | 1214 | Cavan Management Company | 5,835.05 | (1) |
| 05-20-2010 | Txr | | Cavan Management Company | 24,500.00 | |
| 05-24-2010 | Chk | 1221 | Cavan Management Company | 547.03 | |
| 06-10-2010 | Chk | 1238 | Cavan Management Company | 12,500.00 | |
| 06-15-2010 | Chk | 1255 | Cavan Management Company | 6,629.14 | |
| 06-15-2010 | Chk | 1256 | Cavan Management Company | 5,200.00 | |
| 06-28-2010 | Txr | | Cavan Management Company | 12,500.00 | |
| 07-01-2010 | Txr | | Cavan Management Company | 12,500.00 | |
| 07-01-2010 | Chk | 1277 | Cavan Management Company | 12,500.00 | |
| 07-01-2010 | Chk | 1278 | Cavan Management Company | 12,720.27 | |
| 07-07-2010 | Chk | 1279 | Cavan Management Company | 5,835.05 | (1) |
| 07-07-2010 | Txr | | Cavan Management Company | 11,000.00 | |
| 07-07-2010 | Txr | | Cavan Management Company | 23,500.00 | (1) |
| 07-07-2010 | Txr | | Cavan Management Company | 23,500.00 | (1) |
| 07-13-2010 | Chk | 1283 | Cavan Management Company | 44.72 | |
| 07-22-2010 | Txr | | Cavan Management Company | 70,500.00 | (1) |
| | | | **Cavan Management Company Total** | **484,224.77** | |

(1) During July 2010, Debtor prepaid management fees to Cavan Management Company, LLC ("CMC"), the Debtor's Manager, to pre-pay certain costs required to be paid under the terms of Debtor's Operating Agreement. These costs include asset management fees, property management fees, engineering costs and insurance premiums. The fees were for the months of September 2010 through January 2011, inclusive.

| Date | Type | Deposit ID | Description | Amount |
|------|------|-----------|-------------|-------:|
| 08-01-2009 | Chk | 816 | Cavan Management Services, LLC | 12,500.00 |
| 08-12-2009 | Chk | 821 | Cavan Management Services, LLC | 4,969.79 |
| 08-19-2009 | Chk | 840 | Cavan Management Services, LLC | 2,915.13 |
| 08-24-2009 | Chk | 841 | Cavan Management Services, LLC | 7,306.31 |
| 09-01-2009 | Chk | 850 | Cavan Management Services, LLC | 12,500.00 |
| 09-02-2009 | Chk | 854 | Cavan Management Services, LLC | 4,902.88 |
| 09-16-2009 | Chk | 869 | Cavan Management Services, LLC | 1,423.14 |
| 09-24-2009 | Chk | 878 | Cavan Management Services, LLC | 8,117.47 |
| 04-07-2010 | Chk | 1184 | Cavan Management Services, LLC | 21.04 |
| | | | **Cavan Management Services, LLC Total** | **54,655.76** |
| 10-27-2009 | Chk | 1027 | Cavan Realty, Inc. | 52,824.38 |
| 02-01-2010 | Chk | 1121 | Cavan Realty, Inc. | 172,208.24 |
| 03-02-2010 | Chk | 1146 | Cavan Realty, Inc. | 28,269.00 |
| | | | **Cavan Realty, Inc. Total** | **253,301.62** |
| 01-21-2010 | Chk | 1114 | Raintree Corp Center Holdings | 503.19 |
| | | | **Raintree Corp Center Holdings Total** | **503.19** |
| 06-28-2010 | Chk | 1269 | RCC North, LLC - Bldg I | 79.95 |
| | | | **RCC North, LLC - Bldg I Total** | **79.95** |
| 06-28-2010 | Chk | 1270 | RCC North, LLC - Bldg II | 107.11 |
| | | | **RCC North, LLC - Bldg II Total** | **107.11** |
| 10-08-2009 | Chk | 881 | RCC South, LLC - Bldg III | 8,857.00 |
| 10-20-2009 | Chk | 1025 | RCC South, LLC - Bldg III | 58,023.18 |
| | | | **RCC South, LLC - Bldg III Total** | **66,880.18** |
| 08-12-2009 | Chk | 830 | RCC South, LLC - Bldg IV | 833.18 |
| 01-07-2010 | Chk | 1100 | RCC South, LLC - Bldg IV | 75.00 |
| | | | **RCC South, LLC - Bldg IV Total** | **908.18** |
| **Total Building III** | | | | **860,660.76** |

# SoFA 3-C

**Payments made within 1 year insider creditors**

Date Range: 7-27-09 thru 7-27-10
Bank: RC4 - Raintree Corp Center IV - OP

| Date | Type | Deposit ID | Description | Amount | |
|------|------|-----------|-------------|--------|---|
| 10-12-2009 | Chk | 1566 | Cavan Management Company | 17,495.10 | |
| 10-15-2009 | Chk | 1581 | Cavan Management Company | 3,560.88 | |
| 10-26-2009 | Chk | 1588 | Cavan Management Company | 5,030.29 | |
| 11-11-2009 | Chk | 1599 | Cavan Management Company | 12,500.00 | |
| 11-24-2009 | Chk | 1607 | Cavan Management Company | 7,043.26 | |
| 12-09-2009 | Chk | 1622 | Cavan Management Company | 16,663.91 | |
| 12-15-2009 | Chk | 1632 | Cavan Management Company | 2,520.00 | |
| 01-04-2010 | Chk | 1644 | Cavan Management Company | 18,307.32 | |
| 01-04-2010 | Chk | 1645 | Cavan Management Company | 2,625.00 | |
| 01-21-2010 | Chk | 1663 | Cavan Management Company | 10.87 | |
| 02-03-2010 | Chk | 1679 | Cavan Management Company | 12,734.36 | |
| 02-11-2010 | Chk | 1688 | Cavan Management Company | 11,740.04 | |
| 02-24-2010 | Chk | 1704 | Cavan Management Company | 11,244.50 | |
| 03-04-2010 | Chk | 1712 | Cavan Management Company | 24,156.08 | |
| 03-09-2010 | Chk | 1718 | Cavan Management Company | 5,135.00 | |
| 04-07-2010 | Chk | 1742 | Cavan Management Company | 29,352.50 | |
| 04-28-2010 | Txr | | Cavan Management Company | 12,500.00 | |
| 04-28-2010 | Txr | | Cavan Management Company | 7,500.00 | |
| 05-05-2010 | Chk | 1760 | Cavan Management Company | 29,692.71 | |
| 05-20-2010 | Chk | 1772 | Cavan Management Company | 5,856.48 | (1) |
| 05-20-2010 | Txr | | Cavan Management Company | 24,500.00 | |
| 05-24-2010 | Chk | 1780 | Cavan Management Company | 447.02 | |
| 06-10-2010 | Chk | 1793 | Cavan Management Company | 12,500.00 | |
| 06-15-2010 | Chk | 1807 | Cavan Management Company | 6,239.94 | |
| 06-15-2010 | Chk | 1808 | Cavan Management Company | 4,810.00 | |
| 06-28-2010 | Txr | | Cavan Management Company | 12,500.00 | |
| 07-01-2010 | Txr | | Cavan Management Company | 12,500.00 | |
| 07-01-2010 | Chk | 1826 | Cavan Management Company | 12,500.00 | |
| 07-01-2010 | Chk | 1827 | Cavan Management Company | 11,314.66 | |
| 07-07-2010 | Chk | 1828 | Cavan Management Company | 5,856.48 | (1) |
| 07-07-2010 | Txr | | Cavan Management Company | 11,000.00 | |
| 07-07-2010 | Txr | | Cavan Management Company | 23,500.00 | (1) |
| 07-07-2010 | Txr | | Cavan Management Company | 23,500.00 | (1) |
| 07-13-2010 | Chk | 1834 | Cavan Management Company | 56.01 | |
| 07-22-2010 | Txr | | Cavan Management Company | 70,500.00 | (1) |
| | | | **Cavan Management Company Total** | **467,392.41** | |

(1) During July 2010, Debtor prepaid management fees to Cavan Management Company, LLC ("CMC"), the Debtor's Manager, to pre-pay certain costs required to be paid under the terms of Debtor's Operating Agreement. These costs include asset management fees, property management fees, engineering costs and insurance premiums. The fees were for the months of September 2010 through January 2011, inclusive.

# SoFA 3-C

| Date | Type | Deposit ID | Description | Amount |
|------|------|-----------|-------------|--------|
| 08-03-2009 | Chk | 1476 | Cavan Management Services, LLC | 12,500.00 |
| 08-12-2009 | Chk | 1481 | Cavan Management Services, LLC | 5,524.22 |
| 08-19-2009 | Chk | 1501 | Cavan Management Services, LLC | 2,460.12 |
| 08-24-2009 | Chk | 1502 | Cavan Management Services, LLC | 4,291.37 |
| 09-01-2009 | Chk | 1509 | Cavan Management Services, LLC | 12,500.00 |
| 09-02-2009 | Chk | 1512 | Cavan Management Services, LLC | 4,877.42 |
| 09-16-2009 | Chk | 1552 | Cavan Management Services, LLC | 2,555.00 |
| 09-24-2009 | Chk | 1560 | Cavan Management Services, LLC | 4,201.53 |
| | | | **Cavan Management Services, LLC Total** | **48,909.66** |
| 10-27-2009 | Chk | 1589 | Cavan Realty, Inc. | 55,631.93 |
| | | | **Cavan Realty, Inc. Total** | **55,631.93** |
| 01-21-2010 | Chk | 1667 | Raintree Corp Center Holdings | 503.19 |
| | | | **Raintree Corp Center Holdings Total** | **503.19** |
| 08-17-2009 | Txr | | Transfer to RCC | 12,000.00 |
| 10-12-2009 | Txr | | Transfer to RCC | 10,000.00 |
| 10-13-2009 | Txr | | Transfer to RCC | 120,000.00 |
| | | | **RCC Total** | **142,000.00** |
| **Building IV Total** | | | | **714,437.19** |
| | | | | |
| **Grand Total Building III & IV:** | | | | **$  1,575,097.95** |

**SoFA 3-C**

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Istar FM Loans, LLC v. RCC South LLC Case No. CV2010-022577** | **Receivership** | **Maricopa County, Arizona Superior Court** | **Stayed** |

None
■
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

#### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Polsinelli Shughart PC 3636 N. Central Ave. Suite 1200 Phoenix, AZ 85012** | **7/21/2010** | **$100,000.00** |
| **Highland Financial Consulting 15849 N. 71st Street Suite 100 SCOTTSDALE, AZ 85254** | **7/22/2010 - deposited and paid prior to filing** | **$35,000.00** |

---

#### 10. Other transfers

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

#### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

## 18 . Nature, location and name of business

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

## 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **John White**<br>**15333 North Pima Road**<br>**Suite 305**<br>**Scottsdale, AZ 85260** | **1/3/2006 - current** |

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Paul Hoiste CFO**<br>**15333 North Pima Road**<br>**Suite 305**<br>**SCOTTSDALE, AZ 85260** | **1/3/2008 - 6/2/2009** |
| **John Prince**<br>**Interim Financial Consultant**<br>**15333 North Pima Road**<br>**Suite 305**<br>**Scottsdale, AZ 85260** | **Current** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Larson Allen LLP** | **Attn: Jon Gale**<br>**1201 Alma School Road**<br>**Suite 14000**<br>**Mesa, AZ 85210** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **August 20, 2010**          Signature   **/s/ David V. Cavan**
                                                             **David V. Cavan**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Arizona

| | | |
|---|---|---|
| In re **RCC SOUTH, LLC** | Case No. | **2:10-bk-23475-SSC** |
| Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | 100,000.00 |
   | Prior to the filing of this statement I have received | $ | 0.00 |
   | Balance Due | $ | 100,000.00 |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 20, 2010**

**/s/ Philip R. Rudd**
**Philip R. Rudd 014026**
**Polsinelli Shughart, PC**
**Security Title Plaza**
**3636 North Central Avenue, Suite 1200**
**Phoenix, AZ 85012**

---

# United States Bankruptcy Court
## District of Arizona

In re    **RCC SOUTH, LLC** ,

Debtor

Case No.   <u>**2:10-bk-23475-SSC**</u>

Chapter       <u>**11**</u>

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **RAINTREE CORPORATE CENTER HOLDINGS**<br>**15333 N. PIMA RD.**<br>**SUITE 305**<br>**SCOTTSDALE, AZ 85260** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the   of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   <u>**August 20, 2010**</u>

Signature   <u>**/s/ David V. Cavan**</u>
                  **David V. Cavan**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

<u>0</u>   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re   **RCC SOUTH, LLC**           Case No.   **2:10-bk-23475-SSC**
                       Debtor(s)        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **RCC SOUTH, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**RAINTREE CORPORATE CENTER HOLDINGS**
**15333 N. PIMA RD.**
**SUITE 305**
**SCOTTSDALE, AZ 85260**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 20, 2010** | **/s/ Philip R. Rudd** |
| Date | **Philip R. Rudd 014026** |
| | Signature of Attorney or Litigant |
| | Counsel for   **RCC SOUTH, LLC** |
| | **Polsinelli Shughart, PC** |
| | **Security Title Plaza** |
| | **3636 North Central Avenue, Suite 1200** |
| | **Phoenix, AZ 85012** |