# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RCC South, LLC | | |
| **Case Number:** | 2:10-bk-23475-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, AUGUST 26, 2010 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

HEARING ON INTERIM USE OF CASH COLLATERL

**R / M #:**   13 /  0

## *Appearances:*

PHILIP RUDD, ATTORNEY FOR RCC SOUTH, LLC
SUSAN BOSWELL, ATTORNEY FOR I STAR FM LOANS

## *Proceedings:*

Mr. Rudd states that there is an agreement on cash collateral and proposes to send out to parties on negative notice.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO OCTOBER 5, 2010 AT 10:00 A.M. THIS HEARING CAN BE VACATED IF NO OBJECTIONS ARE RECEIVED.