IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re: ) CHAPTER 11
)
RCC SOUTH, LLC, ) Case No. 2-10-23475-SSC
)
) MINUTE SHEET FOR THE
) SECTION 341(a) MEETING
)
Debtor(s). ) DATE & TIME: 8/31/10 AT 10:00 A.M.
)

Debtor Present (✓) YES ( ) NO  PRESIDING OFFICER: RENEE SHAMBLIN

Debtor's Address: _____

APPEARANCE BY ATTORNEY FOR DEBTOR: ~~WESLEY RAY~~ Phillip Rudd  X Yes ___ No

Gary Burton – V.P. – Cavan Mgmt PRESENT ON BEHALF OF DEBTOR
John Page – CRO Svs.

DEBTOR SWORN AND EXAMINED? (X) YES ( ) NO

APPEARANCES:

| NAME | REPRESENT |
|---|---|
| 1. Lori Winkleman | Istar |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RELATED CASES: _____

SCHEDULES FILED (✓) YES ( ) NO  IF NO, HAS ORDER BEEN ENTERED EXTENDING TIME? ( )YES ( )NO  IF NO, WHY HAVE SCHEDULES NOT BEEN FILED?

_____

WHEN WILL SCHEDULES BE FILED? _____

(X) Concluded     ( ) Continued to:

                        Date: _____
                        Time: _____
                        Location: _____

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules