# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | RCC South, LLC |
| **Case Number:** | 2:10-bk-23475-SSC   **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 19, 2010 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

CONTINUED HEARING ON INTERIM USE OF CASH COLLATERL

**R / M #:**   13 / 0

## Appearances:

PHILIP RUDD, ATTORNEY FOR RCC SOUTH, LLC

## Proceedings:

Mr. Rudd states that there were no objections to the order, and that the order goes through the end of October.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO NOVEMBER 2, 2010 AT 10:00 A.M.