# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RCC South, LLC | | |
| **Case Number:** | 2:10-bk-23475-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 02, 2010 10:00 AM  7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## Matter:

CONTINUED HEARING ON INTERIM USE OF CASH COLLATERL

**R / M #:**  13 / 0

## Appearances:

PHILIP RUDD, ATTORNEY FOR RCC SOUTH, LLC
ELIZABETH FELLA, ATTORNEY FOR iSTAR FM LOANS

## Proceedings:

Mr. Rudd states that he has an approved budget through January. Ms. Fella states her agreement to the budget.

COURT: MR. RUDD IS DIRECTED TO UPLOAD A FORM OF ORDER.