# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | RCC SOUTH, LLC |
| **Case Number:** | 2:10-bk-23475-SSC     **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, JANUARY 20, 2011 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

1) HEARING ON DEBTOR'S DISCLOSURE STATEMENT
   **R / M #:**   70 / 0
   **VACATED: CONTINUED TO 1/26/11 AT 11:00 A.M.**

2) EXPEDITED HEARING RE Motion to Authorize Termination of Exclusivity filed by SUSAN G BOSWELL of QUARLES & BRADY LLP on behalf of iStar FM Loans LLC
   **R / M #:**   82 / 0
   **VACATED: CONTINUED TO 2/1/10 AT 1:30 P.M.**

## Appearances:

NONE

## Proceedings:

HEARING ON DEBTOR'S DISCLOSURE STATEMENT CONTINUED TO 1/26/11 AT 11:00 A.M.

EXPEDITED HEARING RE Motion to Authorize Termination of Exclusivity filed by SUSAN G BOSWELL of QUARLES & BRADY LLP on behalf of iStar FM Loans LLC  CONTINUED TO 2/1/10 AT 1:30 P.M.