# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

***Hearing Information:***

**Debtor:** RCC SOUTH, LLC
**Case Number:** 2:10-bk-23475-SSC **Chapter:** 11

**Date / Time / Room:** WEDNESDAY, JANUARY 26, 2011 11:00 AM 7TH FLOOR #701

**Bankruptcy Judge:** SARAH SHARER CURLEY
**Courtroom Clerk:** LUANN BELLER
**Reporter / ECR:** ANDAMO PURVIS

***Matter:***

EXPEDITED HEARING RE Motion to Authorize Termination of Exclusivity filed by SUSAN G BOSWELL of QUARLES & BRADY LLP on behalf of iStar FM Loans LLC
**R / M #:** 82 / 0

***Appearances:***

JOHN J. HEBERT, ATTORNEY FOR RCC SOUTH, LLC
SUSAN BOSWELL, ATTORNEY FOR ISTAR FM LOANS

***Proceedings:***

Ms. Boswell urged her motion stating that she is prepared to file a competing plan which pays creditors in full.

Mr. Hebert responded, asking that they wait and see what the objections to plan confirmation are.

Ms. Boswell disagreed with counsel, as she does not believe the plan is confirmable.
She stated that the interest of the creditors is not being protected by extending exclusivity.

The Court put it's decision on the record.

COURT: IT IS ORDERED DENYING ISTAR'S MOTION TO ALLOW THE DEBTOR TO PROCEED.

Mr. Hebert agreed to prepare a form of order and submit to Ms. Boswell for approval before lodging with the Court.