# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | RCC SOUTH, LLC |
| **Case Number:** | 2:10-bk-23475-SSC **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, MARCH 08, 2011 11:00 AM 7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

HEARING ON DEBTOR'S DISCLOSURE STATEMENT

**R / M #:** 70 / 0

## Appearances:

PHILIP RUDD, ATTORNEY FOR RCC SOUTH, LLC
ELIZABETH FELLA, ATTORNEY FOR I STAR

## Proceedings:

Mr. Rudd states that the objections are for confirmation. He asked the court to approve the disclosure statement. Ms. Fell goes over her issues on property value and the classification of secured and unsecured claims. She asked to have until next Monday to file an 1111(b) election, provided the disclosure statement is approved.

COURT: THE COURT GOES OVER THE CORRECTIONS THAT MR RUDD WILL MAKE TO THE DISCLOSURE STATEMENT AND PLAN. IT IS ORDERED THAT THE AMENDED DISCLOSURE STATEMENT AND PLAN SHALL BE FILED BY MARCH 16, 2011, AND MS. FELLA SHALL HAVE UNTIL MARCH 16, 2011 TO MAKE AN 1111(B) ELECTION.