John J. Hebert (#010633)
Philip R. Rudd (#014026)
Wesley D. Ray (#026351)
**POLSINELLI SHUGHART PC**
CityScape Plaza
One E. Washington, Suite 1200
Phoenix, AZ 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-mail: PhoenixBankruptcyECF@polsinelli.com
E-Mail: jhebert@polsinelli.com
E-Mail: prudd@polsinelli.com
E-Mail: wray@polsinelli.com

*Attorneys for Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>RCC SOUTH, LLC,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:10-bk-23475-SSC<br><br>**PLAN PROPONENT'S AMENDED BALLOT REPORT PURSUANT TO LOCAL RULE 3018-1** |

RCC South, LLC, debtor and debtor-in-possession ("Debtor"), by and through counsel undersigned, hereby amends the *Plan Proponent's Ballot Report Pursuant to Local Rule 3018-1* (the "Ballot Report") filed on May 18, 2011 at D.E. 179 by changing Class 5 (the Allowed Claims of Unsecured Creditors) to correctly reflect that Class 5 voted to reject the *Debtor's Third Amended Plan of Reorganization* (the "Plan").

Classes 1-A, 1-B and 1-C are unimpaired. Of the remaining 8 classes, 3 have voted to accept the Debtor's Plan of Reorganization.

**I.    PLAN CONFIRMATION AND VOTING:**

    **A.    Priority Claims**

        **Class 1-A** consists of Allowed Priority Claims under 11 U.S.C. § 503 and § 507(a)(2) (Administrative Claims).

        1.    Unimpaired

        2.    No vote – deemed accepted pursuant to 11 U.S.C. § 1126(f)

1

**Class 1-B** consists of Allowed Priority Claims under 11 U.S.C. § 507(a)(3) (Wage claims).

    1.    Unimpaired

    2.    No vote – deemed accepted pursuant to 11 U.S.C. § 1126(f)

**Class 1-C** consists of Allowed Priority Claims under 11 U.S.C. § 507(a)(8) (Tax Claims.

    1.    Unimpaired

    2.    No vote – deemed accepted pursuant to 11 U.S.C. § 1126(f)

**B.** **Secured Claims**

**Class 2-A** consists of the Allowed Secured Claim of SFI Belmont, LLC, successor-in-interest to iStar FM Loans, LLC.

    1.    Impaired.

    2.    Vote – Reject (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept – 0 | 0% | 0.00 | 0% |
| Reject – 1 | 100% | Principal - $75,447,975.65<br>Interest -  1,428,623.17<br>$76,876,598.82 | 100% |

**Class 2-B** consists of the Allowed Secured Claim of Maricopa County for real property taxes.

    1.    Impaired.

    2.    Vote –

**Class 2-C** consists of the Allowed Secured Claim of Fennemore Craig.

    1.    Impaired.

    2.    Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept – 1 | 100% | $2,600.00 | 100% |
| Reject - 0 | 0% | 0.00 | 0% |

**Class 2-D** consists of the allowed Secured Claim of Larson Allen.

    1.     Impaired.

    2.     Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept – 1 | 100% | $2,940.00 | 100% |
| Reject - 0 | 0% | 0.00 | 0% |

    **C.**     **Allowed Claim of Laser Spine**

**Class 3** consists of the Allowed Claim of Laser Spine relating to the Debtor's obligation to reimburse Laser Spine for tenant improvements made to Laser Spine's leased premises.

    1.     Impaired.

    2.     Vote – Reject (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept – 0 | 0% | $0.00 | 0% |
| Reject – 1 | 100% | $357,300.00 | 100% |

    **D.**     **Tenant Security Deposits**

**Class 4** consists of the Allowed Claims by Tenants for the return of tenant security deposits held by the Debtor.

    1.     Impaired.

    2.     Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
|---|---|---|---|
| Accept – 9 | 100% | $142,288.21 | 100% |
| Reject - 0 | 0% | 0.00 | 0% |

### E. Unsecured Claims

**Class 5** consists of the Allowed Unsecured Claims of Creditors not otherwise treated in the Plan.

1. Impaired.
2. Vote – Reject (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
| --- | --- | --- | --- |
| Accept – 7[1] | 88% | $23,797.72 | 00.1% |
| Reject - 1 | 12% | $29,000,000.00 | 99.9% |

### F. Interest Holders

**Class 6** consists of all Allowed Interests of Interest Holders.

1. Impaired.
2. Vote – Accept (See Summary of Ballots Cast attached hereto as Exhibit "A")

| Number | Percentage | Dollar Amount | Percentage |
| --- | --- | --- | --- |
| Accept – 1 | 100% | $23,598,304.38 | 100% |
| Reject - 0 | 0% | $0.00 | 0.00% |

## II. OBJECTIONS TO THE PLAN

SFI Belmont, LLC, successor-in-interest to iStar FM Loans, LLC filed an objection to the Debtor's Third Amended Plan of Reorganization Dated April 19, 2011.

…

…

…

---

[1] RCC North LLC – Bldg. 1, RCC North LLC – Bldg. 2 and Cavan Management Company, LLC each filed a ballot under Class 5 but are insiders of the Debtor and therefore, these ballots do not count for confirmation purposes.

4

DATED: May 24, 2011.

POLSINELLI SHUGHART PC

By: /s/ signature
    John J. Hebert
    Philip R. Rudd
    Wesley D. Ray
    CityScape Plaza
    One E. Washington, Suite 1200
    Phoenix, AZ 85012

*Attorneys for Debtors*

**COPY** of the foregoing mailed (or served via electronic notification if indicated by an "*") on May 24, 2011, to:

U.S. TRUSTEE'S OFFICE
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003

Susan G. Boswell * susan.boswell@quarles.com
QUARLES & BRADY LLP
One S. Church Ave., Suite 1700
Tucson, AZ 85701-1621
  *Attorneys for SFI Belmont LLC, successor-in-interest to iStar FM Loans LLC*

Peter A. Siddiqui * peter.siddiqui@kattenlaw.com
KATEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
  *Attorneys for SFI Belmont LLC, successor-in-interest to iStar FM Loans LLC*

Lori A. Lewis * LewisL01@mcao.maricopa.gov
MARICOPA COUNTY ATTORNEY'S OFFICE
Civil Services Division
222 N. Central Ave., Suite 1100
Phoenix, AZ 85004-8017
  *Attorneys for Maricopa County Treasurer*

By:   */s/ Mary Engel*

5