# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RCC SOUTH, LLC | | |
| **Case Number:** | 2:10-bk-23475-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, MAY 24, 2011 10:00 AM 7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

## *Matter:*

HEARING ON CONFIRMATION OF DEBTOR'S PLAN

R / M #: 132 / 0

## *Appearances:*

PHILIP RUDD & JOHN J. HEBERT, ATTORNEY FOR RCC SOUTH, LLC
SUSAN BOSWELL & ELIZABETH FELLA, ATTORNEYS FOR SFI BELMONT, LLC

## *Proceedings:*

Mr. Hebert states that he has seven million dollars on deposit for this case. He asked the court to set a trial in August. Ms. Boswell states that she would like to get the matter to trial as soon as possible. She asked for written proof of the seven million dollars for this case, and that the money will not be used by the debtor. She asked the court for an expedited hearing on exclusivity.

COURT: IT IS ORDERED THE MR. HEBERT WILL FILE AN APPROPRIATE PLEADING STATING THAT SEVEN MILLION DOLLARS IS ON DEPOSIT FOR THIS CASE. IT IS FURTHER ORDERED DENYING THE ORAL MOTION OF MS. BOSWELL FOR AN EXPEDITED HEARING ON EXCLUSIVITY. IT IS FURTHER ORDERED SETTING A ONE DAY TRIAL FOR AUGUST 22, 2011 AT 10:00 A.M. IT IS FURTHER ORDERED THAT THE JOINT PRE TRIAL STATEMENT SHALL BE FILED BY AUGUST 15, 2011, AND IF THERE ARE ANY LEGAL ISSUES, PARTIES WILL ALSO FILE THEIR MEMORANDUM OF LAW ON AUGUST 15TH.